UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUUBIX GLOBAL, LLC.<br><br>Plaintiff,<br><br>v.<br><br>MARK ORWIG, an individual; GARY TYLER PENDER, an individual; and JOSHUA BUFFINGTON, an individual,<br><br>Defendants. | No.   1:23-cv-00785-ADA-EPG<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>(ECF No. 23) |

On August 18, 2023, Plaintiff Kuubix Global Filed a Notice of Request to File Documents Under Seal. (ECF No. 23.) Plaintiff requests that the Declaration of Eric Pollard and Minutes of the Special Meeting of the Board of Managers of Kuubix Global, LLC be file under seal in order to protect the confidential and proprietary business and financial information included therein.

The Court does not seal case documents from public view without good cause. Being that the business and confidential information included in the Declaration of Eric Pollard and Minutes of the Special Meeting of the Board of Managers of Kuubix Global, LLC, dated August 18, 2023, is necessary to address Plaintiff's argument in its pending Application for a Temporary Restraining Order and Preliminary Injunction, the Court finds that these documents should be filed under seal. It is the practice of this Court to maintain case documents under seal until they

are ordered unsealed by the Court. Accordingly, the Court shall grant the Plaintiff's request for an order to file the Declaration of Eric Pollard and Minutes of the Special Meeting of the Board of Managers of Kuubix Global, LLC. The Court will not schedule an *in camera* hearing with the instant order. It reserves its judgment to hold an *in camera* hearing pending a review of the documents and information filed under seal, and a response by Defendants to Plaintiff's Ex Parte Application to hold an *in camera* hearing. (ECF No. 22)

The Clerk of Court shall be directed to file under seal the document submitted by United States until it is ordered unsealed by the Court.

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. The Plaintiff's Request to Seal is GRANTED, and

2. The Clerk of Court is DIRECTED to file under seal the Declaration of Eric Pollard and Minutes of the Special Meeting of the Board of Managers of Kuubix Global, LLC, until it is ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:   August 18, 2023

_____
UNITED STATES DISTRICT JUDGE