UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUUBIX GLOBAL, LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>MARK ORWIG, et al.,<br><br>          Defendants. | Case No. 1:23-cv-00785-ADA-EPG<br><br>ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 46). |

On December 1, 2023, Plaintiff filed a notice of voluntary dismissal dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as Defendants have not filed an answer or a motion for summary judgment.[1] (ECF No. 46). In light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is respectfully directed to close the case.

IT IS SO ORDERED.

    Dated: __December 4, 2023__          /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Defendants have filed a motion to dismiss (*See* ECF Nos. 25, 37, 38); however, Plaintiff still has the right to dismiss this case. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Under Rule 41(a)(1), a plaintiff has an absolute right voluntarily to dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).") (internal citations omitted).